UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATRICIA LESKO,<br><br>                         Plaintiff,<br><br>  -against-<br><br><br>BROOKLYN ACADEMY OF MUSIC, INC., *et al.*,<br><br>                         Defendants. | 24 Civ. 423 (JPO) |

## GOVERNMENT'S NOTICE OF ELECTION TO PARTIALLY INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "United States") notifies the Court of its intention to intervene in the above-referenced action with respect to the claims against defendant Marymount Manhattan College. The United States declines to intervene with respect to the relator's claims against all other defendants named in the *qui tam* complaint.

Dated: December 18, 2025
       New York, New York

                                                Respectfully submitted,

                                                JAY CLAYTON
                                                United States Attorney for the
                                                Southern District of New York
                                                *Attorney for the United States of America*

                              By:  /s/ Mark Osmond
                                                MARK OSMOND
                                                Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Tel.: (212) 637-2713
                                                Email: Mark.Osmond@usdoj.gov